# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2048. ROBYN THOMPSON v. JASON MANN, et al.

Robyn Thompson sued her former landlords, Jason Mann and Brett Lasher ("Defendants"), in magistrate court, claiming they had wrongfully withheld her security deposit. Thompson further contended that Defendants had agreed to purchase certain items of furniture from her; that based on that agreement, she had left the furniture on the premises; and that Defendants thereafter refused to pay her for that furniture. The magistrate court found in favor of Thompson and awarded her $2,050 in damages, plus $56.50 in court costs. Defendants then filed a petition for de novo review in state court. Following a hearing, the state court found that Thompson was entitled to recover $2850 in damages, plus court costs. The court further found, however, that Defendants were entitled to recover $1400 in back rent from Thompson. Thus, the state court entered judgment in favor of Thompson for $1,676.50. Thompson then filed this direct appeal. We lack jurisdiction.

Appeals from decisions of the state courts reviewing decisions of the magistrate courts by de novo proceedings must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021).

Accordingly, Thompson's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/18/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*